IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:16CR113 -1 |
| JOSE GUTIERREZ-YANEZ, also known as Daniel Saucedo-Gutierrez, Jose Gutierrez-Saucedo, and Daniel Gutierrez-Saucedo | : |

The Grand Jury charges:

COUNT ONE

On or about October 24, 2015, in the County of Rockingham, in the Middle District of North Carolina, JOSE GUTIERREZ-YANEZ, also known as Daniel Saucedo-Gutierrez, Jose Gutierrez-Saucedo, and Daniel Gutierrez-Saucedo, willfully, knowingly, and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about October 24, 2015, in the County of Rockingham, in the Middle District of North Carolina, JOSE GUTIERREZ-YANEZ,

also known as Daniel Saucedo-Gutierrez, Jose Gutierrez-Saucedo, and Daniel Gutierrez-Saucedo, an alien who had previously been deported and removed from the United States on or about September 17, 2002, and whose removal was subsequent to conviction for the commission of an aggravated felony, thereafter was found in the United States at Reidsville, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2

Case 1:16-cr-00113-UA   Document 1   Filed 03/28/16   Page 2 of 2