# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE GUTIERREZ-YANEZ, aka DANIEL SAUCEDO-GUTIERREZ, JOSE GUTIERREZ-SAUCEDO, and DANIEL GUTIERREZ-SAUCEDO | ) Case No. 1:16CR113-1 ) ) ) ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE GUTIERREZ-YANEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PWID Methamphetamine in violation of 21:841(a)(1) and (b)(1)(C)
Reentry of an aggravated felon in violation of 8:1326(a) and (b)(2)

\*\*\*United States Attorney requests a detention hearing\*\*\*

Date: 03/29/2016     /s/ John S. Brubaker
                    *Issuing officer's signature*

City and state: Greensboro, North Carolina     /s/ Michelle Coyne, Deputy Clerk
                                               *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: