IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  )
                          )
                          )     1:16-cr-113
     v.                   )
                          )
JOSE GUTIERREZ-YANEZ      )

**ORDER**

This matter is before the court on the Defendant's Second Emergency Motion to Continue Sentencing. (Doc. 18.) Upon good cause shown and with consent of the Government,

IT IS HEREBY ORDERED that the Defendant's Second Emergency Motion to Continue Sentencing is granted and the sentencing is continued to October 21, 2016, at 9:30 a.m. in courtroom 2 in Winston-Salem.

                                                /s/   Thomas D. Schroeder
                                        United States District Judge

September 16, 2016